| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION | |
| Case number *(if known)* | Chapter __11__ |

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | Harlem Market Inc. |
|---|---|---|

| 2. | All other names debtor used in the last 8 years | |
|---|---|---|
| | Include any assumed names, trade names and *doing business as* names | |

| 3. | Debtor's federal Employer Identification Number (EIN) | 47-3660304 |
|---|---|---|

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2005 Third Avenue New, York, NY 10001** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **New York** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | |
|---|---|---|

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: |

Debtor    **Harlem Market Inc.**                                              Case number (*if known*) _____
         _____
         Name

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ___**4451**___

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.

                                                                      ☐ Yes.

If more than 2 cases, attach a separate list.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ■ No

                                                                      ☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **Harlem Market Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

    Contact name _____

    Phone _____

---

### �\_ Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Harlem Market Inc.** | Case number (*if known*) | |
| | Name | | |

---

■ **Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 19, 2018**
           MM / DD / YYYY

X _____    **Peter Bivona**
  Signature of authorized representative of debtor    Printed name

Title    **President**

---

**18. Signature of attorney**

X _____    Date    **March 19, 2018**
  Signature of attorney for debtor           MM / DD / YYYY

**Kevin J. Nash**
Printed name

**Goldberg Weprin Finkel Goldstein LLP**
Firm name

**1501 Broadway 22nd Floor**
**New York, NY 10036**
Number, Street, City, State & ZIP Code

Contact phone    **(212) 221-5700**    Email address    **knash@gwfglaw.com**

**Kevin J. Nash**
Bar number and State

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                                          Chapter 11

Harlem Market Inc.,                                             Case No.

                                       Debtor.
----------------------------------------------------------------x

### DECLARATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

Peter Bivona declares the following under penalties of perjury pursuant to 28 U.S.C.

§1746:

I am the president and sole equity interest holder of Harlem Market Inc. (the "Debtor").

The purpose of this Declaration is to provide pertinent information regarding the circumstances

prompting the Chapter 11 filing, the nature of the Debtor's business, assets, and capital structure,

and the Debtor's strategies for reorganization.

**Salient Events Leading up to the Chapter 11 Filing**

1.      The Debtor operates a supermarket at 2005 Third Avenue, New York, NY (the

"Premises") under the "Met Food" banner pursuant to a certain commercial lease, dated April 13,

2015 (the "Lease") with AK Properties Group LLC as landlord ("AK Properties").

2.      The Debtor acquired the supermarket in 2015 for approximately $500,000, and

invested significant sums of more than $1.2 million to remodel and refurbish the Premises.

Unfortunately, the weekly sales volume of the supermarket of approximately $80,000 per week

is inadequate to support the Debtor's debt structure.

3.      This debt structure includes secured debt of approximately $2,218,227 owed to

the Debtor's wholesale grocer, Associated Supermarket Group LLC (including a note of

approximately $1,258,670 and unpaid grocery deliveries of approximately $963,557), equipment

lease debt of approximately $160,000 owed to Resnick Supermarket Equipment, rent arrears of approximately $207,984.68, and an estimated $303,520.06 owed to store food vendors.

4.      In recent years, the Debtor has attempted to sell the supermarket, only to be stymied by the implications of a cancellation provision in the Lease, which has chilled interest by potential buyers.   Specifically, the Lease includes a controversial cancellation clause, which potentially permits the Landlord to cancel the Lease on one year's notice subject to certain recapture rights in favor of the Debtor.  The scope of this clause must be clarified or adjudicated if the Debtor is to have any opportunity to salvage fair market value for the supermarket.

5.      Unfortunately, the Debtor's situation is at a breaking point.  The Debtor is filing this petition to prevent a premature termination of the Lease as the result of the issuance of a rent default notice that must be cured by March 19, 2018.   The Debtor does not have the funds available to cure and has elected to seek Chapter 11 relief in order to extend its time for a cure, and preserve the status quo.

6.      The goal of the Chapter 11 case is to seek relief from the Landlord regarding the cancellation clause.  If the Debtor cannot obtain such relief, then it will sell residual assets in the Chapter 11 case under a liquidating plan scenario.

**Local Rule 1007-2 Disclosures**

7.      Pursuant to Local Rule 1007-2)(a)(2) and (3), no committees were formed prior to the filing of the Petition.

8.      Pursuant to Local Rule 1007-2)(a)(4), a list of the names and address of the creditors holding the 20 largest unsecured claims against the Debtor is attached hereto.

9.      Pursuant to Local Rule 1007-2)(a)(5), the Debtor has two secured creditors, its wholesale grocer, Associated Supermarket Group LLC and a purchase money chattel mortgage

held by its equipment lessor, Resnick Supermarket Equipment. 2005 Farmers Market, Inc. also holds a judgment in the approximately amount of $90,000, which is subject to an installment payment agreement.

10.    Pursuant to Local Rule 1007-2)(a)(6), a summary of the assets and liabilities of the Debtor is set forth in the Schedules.

11.    Pursuant to Local Rule 1007-2)(a)(7), the undersigned is the Debtor's sole equity interest holder.

12.    Pursuant to Local Rule 1007-2)(a)(8), none of the Debtor's assets are in the possession or custody of any custodian, public officer, mortgagee, pledge, assignee of rents or secured creditor.

13.    Pursuant to Local Rule 1007-2)(a)(9), the Debtor owns no real property, but is a tenant under the commercial Lease with AK Properties.

14.    Pursuant to Local Rule 1007-2)(a)(10), the Debtor's books and records are maintained by the Debtor at the Premises.

15.    Pursuant to Local Rule 1007-2)(a)(11), a schedule of pending lawsuits is attached hereto.

16.    Pursuant to Local Rule 1007-2)(a)(12). I do not receive a salary or draw as the owner and manager of the Debtor's supermarket. My wife, Angela, is also an officer of the Debtor and serves in this capacity without salary.

17.    The Debtor maintains a weekly payroll of approximately $16,000 covering approximately 20 fulltime and part-time employees.

Dated: New York, NY
      March 19, 2018

Peter Bivona

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                          Chapter 11

Harlem Market Inc.                                              Case No.


                                    Debtor.
-------------------------------------------------------------x

## CORPORATE RESOLUTION

At a special meeting of the Shareholders and Directors of Harlem Market Inc. (the

"Company") held on March 19, 2018, and after motion duly made and carried, it was:

> **RESOLVED**, that Peter Bivona, as President of the Company, is authorized to execute a bankruptcy petition under Chapter 11 of the United States Bankruptcy Code on behalf of the Company and to cause the filing thereof in the United States Bankruptcy Court for the Southern District of New York; and it is further

> **RESOLVED**, that the Company be and the same, is authorized to retain the law firm of GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP, as bankruptcy counsel, for the purposes of prosecuting the Chapter 11 case.

Dated: New York, New York
      March 19, 2018

                        Harlem Market Inc.

                        By: _____
                              Name:  Peter Bivona
                              Title:  President

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                            Chapter 11

Harlem Market Inc.                                                Case No.

                                   Debtor.
------------------------------------------------------------x

### EQUITY INTEREST HOLDERS

       Peter Bivona          100%


Dated: New York, New York
       March 19, 2018

                     Harlem Market Inc.


                     By: _____
                        Name:  Peter Bivona
                        Title:    President

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                                        Chapter 11

Harlem Market Inc.                                            Case No.

                              Debtor.
-----------------------------------------------------------x

## RULE 7.1 CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Harlem Market Inc. hereby certifies that

it is a private, non-governmental party, and has no corporate parent, affiliates and/or subsidiaries

which are publicly held.

Dated: New York, New York
       March 19, 2018

                              Harlem Market Inc.

                              By: _____
                                   Name:  Peter Bivona
                                   Title:    President

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                    Chapter 11

Harlem Market Inc.,                                       Case No.

                              Debtor.
------------------------------------------------------------x

## SCHEDULE OF LAWSUITS

2005 Farmers Market, Inc. v. Harlem Market, Inc.
New York Supreme Court, Nassau County
Index No. 606668/2017
Judgment entered

Attorney for Plaintiff:
Bernard D'Orazio & Associates
100 Lafayette St Ste 601
New York, NY 10013-4400

Dated: New York, New York
       March 19, 2018

                              Harlem Market Inc.

                              By: _____
                                  Name: Peter Bivona
                                  Title:   President

## HARLEM MARKET INC.
## 20 LARGEST UNSECURED CREDITORS

| Vendor | Address 1 | Address 2 | Address 3 | Amount of Claim |
|---|---|---|---|---|
| AK PROPERTIES GROUP LLC | 309 E 94 th ST | | NEW YORK NY 10029 | $207,984.68 |
| FARMERS CHOICE DAIRY | 320 W FORDHAM ROAD | | BRONX NY 10468 | $50,540.41 |
| METROPOLITAN CITY FOODS | 1800 ROCKAWAY WAY AVE | SUITE 200 | HEWLETT, NY 11557 | $25,630.72 |
| C.Q ELECTRICAL CONTRACTING CORP. | 1413 BASSETT AVE | | BRONX  NEW YORK 10461 | $19,800.00 |
| CENTURY CWS WASTE SERVICES | 623 DAWD AVENUE | | ELIZABETH NJ 07201 | $16,936.74 |
| CON EDISON | JAF STATION | P.O BOX 1702 | NEW YORK N.Y 10116-1702 | $12,536.06 |
| BRIDGE | 3303 HARBOR BLUD | SUITE G-10 | COSTA MESA, CA 92626 | $12,374.50 |
| JANOVER LLC | 100 QUENTIN ROOSEVELT BLVD. | | GARDEN CITY NY 11530 | $11,700.00 |
| PENN JERSEY PAPER CO. | P.O BOX 820974 | | Philadelphia, PA 19182 | $7,622.82 |
| EASTERN LIFT TRUCK | P.O BOX 307 | | MAPLE SHADE, NJ 08052-0307 | $7,311.02 |
| NATURAL FOODS | 64-31 108 TH STREET | SUITE 1070 | FOREST HILLS NY 11375 | $6,541.07 |
| ABRAHAM NATURAL FOODS CORP | 30-20 Review Avenue | | Long Island City, NY 11101 | $4,743.97 |
| VITARROZ | 800 SHEFFIELD AVE. | | BROOKLYN NY 11207 | $4,562.50 |
| ADVERTISEMENT CARRIERS ENTERPRISES | 1157 EAST 156 STREET | | BRONX,NY10474 | $4,380.00 |
| MONDELEZ GLOBAL LLC | P.O BOX 13428 | | NEWARK NJ 07188-0428 | $4,362.74 |
| MS JUMBO (DBA SPEED JUMBO) | 261 US 46W | | ELMWOOD PARK, NJ 07047 | $3,601.35 |
| ELIO'S BREAD LLC | 188 JEFFERSON STREET | SUITE 152 | NEWARK NJ 07105 | $3,467.96 |
| MANHATTAN BEER DIST. | GENERAL POST OFFICE | P.O.BOX 28567 | NEW YORK NY 10087-8567 | $3,340.35 |
| LIBERTY PEST CONTROL | 8220 17TH AVE | | BROOKLYN, NEW YORK 11214 | $2,941.88 |
| Amtrust/Rockale Ins. Company | 800 Superior Ave East, 21st Fl | | Cleveland, OH 44114 | $2,277.90 |

Fill in this information to identify the case:

Debtor name  **Harlem Market Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* _____

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 19, 2018**        X _____
                                      Signature of individual signing on behalf of debtor

                                      **Peter Bivona**
                                      Printed name

                                      **President**
                                      Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    **Harlem Market Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:** Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.
■ Yes Fill in the information below.
All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
      Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| | | | | |
|---|---|---|---|---|
| 3.1. | **JP Morgan Chase** | **Operating checking account** | 8115 | $3,000.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                     $3,000.00
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:** Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Con Ed (Utility)** | $6,500.00 |

| | | |
|---|---|---|
| 7.2. | **AK Properties Group LLC (Rent)** | $35,000.00 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor   __Harlem Market Inc._____   Case number *(If known)* _____
         Name

9.   **Total of Part 2.**

     Add lines 7 through 8. Copy the total to line 81.

     | $41,500.00 |

---

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

---

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
| 22.   **Other inventory or supplies** Food inventory and goods | | $175,000.00 | Retail | $175,000.00 |

23.   **Total of Part 5.**

      Add lines 19 through 22. Copy the total to line 84.

      | $175,000.00 |

24.   **Is any of the property listed in Part 5 perishable?**

      ■ No
      ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

      ■ No
      ☐ Yes. Book value _____   Valuation method _____   Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

      ■ No
      ☐ Yes

---

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 2

Debtor     **Harlem Market Inc.**_____     Case number (If known) _____
Name

<hr>

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☑ No. Go to Part 8.
☐ Yes Fill in the information below.

<hr>

**Part 8:     Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.     **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.     **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.     **Aircraft and accessories** | | | |
| 50.     **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Supermarket equipment and fixtures | $150,000.00 | | $150,000.00 |

51.     **Total of Part 8.**     $150,000.00
Add lines 47 through 50. Copy the total to line 87.

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

<hr>

**Part 9:     Real property**

54. Does the debtor own or lease any real property?

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.     **Leasehold improvements, store remodeling** | | $1,000,000.00 | | $1,000,000.00 |

<hr>

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor   **Harlem Market Inc.**                                    Case number *(If known)* _____
         <sub>Name</sub>

56.   **Total of Part 9.**                                                          | $1,000,000.00 |
      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ■ No
      ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor    __Harlem Market Inc._____    Case number *(If known)* _____
              Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $41,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $175,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $150,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................> | | $1,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $369,500.00 + 91b. | $1,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,369,500.00 |

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Fill in this information to identify the case:

Debtor name    **Harlem Market Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **2005 Farmers Market, Inc.**<br>Creditor's Name<br><br>**c/o Bernard D'Orazio & Associates**<br>**100 Lafayette St Ste 601**<br>**New York, NY 10013-4400**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**JP Morgan Chase** | **$90,000.00** | **$3,000.00** |

Describe the lien
_____

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known
_____

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.2** **Associated Supermarket Group LLC**<br>Creditor's Name<br><br>**99 Seaview Blvd**<br>**Port Washington, NY**<br>**11050-4606**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Food inventory and goods** | **$2,218,227.00** | **$1,175,000.00** |

Describe the lien
**Supply Agreement and Promissory Note**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known
_____

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor    **Harlem Market Inc.**                                   Case number (if known) _____
          _____
          Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☑ Unliquidated |
| | ☐ Disputed |

| 2.3 | **Resnick Supermarket Equipment** | Describe debtor's property that is subject to a lien | $199,547.34 | $150,000.00 |
|---|---|---|---|---|

Creditor's Name

**Supermarket equipment and fixtures**

**PO Box 368
Mountain Dale, NY
12763-0368**
Creditor's mailing address

Describe the lien
**Equipment**

Is the creditor an insider or related party?
☑ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred** _____

**Last 4 digits of account number** _____

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☑ Unliquidated |
| | ☐ Disputed |

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $2,507,774.34 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____ | | |

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Fill in this information to identify the case:

Debtor name     **Harlem Market Inc.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known)     _____

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
    priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**For notice purposes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**NY City Department of Finance**<br>**Bankruptcy Unit**<br>**345 Adams St Fl 3**<br>**Brooklyn, NY 11201-3719** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | **$0.00** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**For notice purposes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Harlem Market Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

| 2.3 | Priority creditor's name and mailing address<br>**NYS Dep't of Taxation**<br>**Bankruptcy/Special Procedure**<br>**PO Box 5300**<br>**Albany, NY 12205-0300** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**For notice purposes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**NYS Department of Labor**<br>**New York State Department of**<br>**Labor,**<br>**PO Box 15130**<br>**Albany, NY 12212-5130** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**For notice purposes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>**See attached list** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $921,504.74 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | 921,504.74 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 921,504.74 |

## HARLEM MARKET INC.
### SCHEDULE "F"
### UNSECURED CREDITORS

| Vendor | Address 1 | Address 2 | Address 3 | Amount of Claim |
|---|---|---|---|---|
| ABRAHAM NATURAL FOODS CORP | 30-20 Review Avenue | | Long Island City, NY 11101 | $4,743.97 |
| ADVERTISEMENT CARRIERS ENTERPRISES | 1157 EAST 156 STREET | | BRONX,NY10474 | $4,380.00 |
| AK PROPERTIES GROUP LLC | 309 E 94 th ST | | NEW YORK NY 10029 | $207,984.68 |
| AK PROPERTIES GROUP LLC | c/o Mitzrahi Law Offices LLC | 100 Church Street, Ste 800 | New York, NY 10007 | Notice only |
| Amtrust/Rockale Ins. Company | 800 Superior Ave East, 21st Fl | | Cleveland, OH 44114 | $2,277.90 |
| ARS PREMIER FOODS | PO BOX 1554 | | BURLINTON NJ 08016 | -$274.98 |
| BCS ROYAL FOOD INTERNATIONAL CORP. | 47-15 33Rrd STREET | | LONG ISLAND CITY NY 11101 | $32.89 |
| BEDESSEE IMPORTS | 601 WORTMAN | | BROOKLYN N.Y 11420 | $1,309.30 |
| BRIDGE | 3303 HARBOR BLUD | SUITE G-10 | COSTA MESA, CA 92626 | $12,374.50 |
| C.Q ELECTRICAL CONTRACTING CORP. | 1413 BASSETT AVE | | BRONX NEW YORK 10461 | $19,800.00 |
| Canada Dry | 112-02 Avenue C | | College Point, NY 11356 | $568.80 |
| CENTRAL TIME CLOCK INC. | 5-23 50th AVENUE | | LONG ISLAND CITY, NY 11101 | $647.81 |
| CENTURY CWS WASTE SERVICES | 623 DAWD AVENUE | | ELIZABETH NJ 07201 | $16,936.74 |
| CON EDISON | JAF STATION | P.O BOX 1702 | NEW YORK N.Y 10116-1702 | $12,536.06 |
| DEL CARIBE MEAT INC. | 1212-BROOK AVE | | BRONX, NEW YORK 10456 | $84.98 |
| EAGLE SPICE & EXTRACT CO., INC. | 910-912 SHEPHERD AVENUE | | BROOKLYN N.Y 11208 | $442.08 |
| East Coast Egg Farmers LLC | 2500 83rd street | | North Bergen, NJ 07047 | $1,128.74 |
| EASTERN LIFT TRUCK | P.O BOX 307 | | MAPLE SHADE, NJ 08052-0307 | $7,311.02 |
| EASTSIDE BEVERAGE | 3 SYLVAN CORT STATEN ISLAND | | NEW YORK 10307 | $1,564.64 |
| ELIO'S BREAD LLC | 188 JEFFERSON STREET | SUITE 152 | NEWARK NJ 07105 | $3,467.96 |
| FARMERS CHO ICE DAIRY | 320 W FORDHAM ROAD | | BRONX NY 10468 | $50,540.41 |
| FISHER FOODS OF QUEENS | 57-48 49TH ST. | | MASPETH, NY 11378 | $798.63 |
| FOUR SEASONS | 34 FAIRWAY DRIVE | | MANHASSET NY 11030 | $1,008.00 |
| FRITO LAY, INC. | 75 REMITTANCE DRIVE SUITE 1217 | | CHICAGO IL 60675-1217 | $534.80 |
| GLOBAL TRADE BRIDGE CORP. | 30 Wall St. 8th Floor | | New York, NY 10005 | $234.90 |
| GOMEZ DISTRIBUTOR | 423-421 WEST 203 STREET | | NY NY 10034 | $205.00 |
| GOODO BEVERAGE COMPANY. | 1801 BOONE AVENUE | | BRONX NY10460 | $161.30 |
| GOYA FOODS, INC. | P.O.Box 7247-7248 | | Philadelphia Pa 19170-7248 | $2,083.41 |
| GRACEKENNEDY FOODS | 230 MOONACHIE AVE | | MOONACHIE, NJ 07074 | $1,549.00 |
| HARNEY & SONS | 5723 ROUTE 22 | | MILLERTON N.Y 12546 | $740.00 |
| IOS NATURALS, LLC / HAKAN VURAL | 4 HICKORY ROAD | | WEST ORANGE NJ 07052 | $234.76 |
| ISLAND NATURAL, INC. | 42-07 20th Avenue | | Astoria, NY, 11105 | $1,012.79 |

## HARLEM MARKET INC.
### SCHEDULE "F"
### UNSECURED CREDITORS

| Vendor | Address 1 | Address 2 | Address 3 | Amount of Claim |
|---|---|---|---|---|
| J & C ENTERPRISING | 5311 BOULEVARD EAST | | WEST NY, NJ 07093 | $2,077.71 |
| JACK'S EGGS | 2065 59th Street | | Brooklyn, NY 11204 | $630.00 |
| JANOVER LLC | 100 QUENTIN ROOSEVELT BLVD. | | GARDEN CITY NY 11530 | $11,700.00 |
| KEY MATERIAL HANLING EQUIMENT | 4606 3RD AVENUE | | BROOKLYN NEW YORK 11220 | $2,180.36 |
| LATIN AMERICAN DIST.INC | 307 INDUSTRIAL WAY WEST, | | EATONTOWN, NJ 07724 | $2,230.66 |
| LEBLON FOOD INC | 503 SOUNT MAIN ST. | | CANASTOTA NEW JERSY 13022 | $42.60 |
| Liberty Coca-Cola Beverages LLC | P.O. Box 4108 | | Boston, MA 02211 | $1,450.20 |
| LIBERTY PEST CONTROL | 8220 17TH AVE | | BROOKLYN, NEW YORK 11214 | $2,941.88 |
| MAMITAS HOMEMADE STYLEFLAVORED ICE | 10411 100th STREET | | NEW YORK N.Y 11417 | $240.00 |
| MANHATTAN BEER DIST. | GENERAL POST OFFICE | P.O.BOX 28567 | NEW YORK NY 10087-8567 | $3,340.35 |
| MARINA ICE CREAM CORP. | 133-14 JAMAICA AVE | | RICHMOND HILL NY 11418 | $1,945.53 |
| MEADOW SALES, INC. | 490 BRAEN AVE. | | WYCKOFF, NJ07481-2949 | $255.00 |
| MONDELEZ GLOBAL LLC | P.O BOX 13428 | | NEWARK NJ 07188-0428 | $4,362.74 |
| MS JUMBO (DBASPEEDJUMBO) | 261 US 46W | | ELMWOOD PARK, NJ 07047 | $3,601.35 |
| NATURAL FOODS | 64-31 108 TH STREET | SUITE 1070 | FOREST HILLS NY 11375 | $6,541.07 |
| OAK BEVERAGES INC. | 1 Flower Lane | | Blauvelt New York 10913-1152 | $813.98 |
| OAXACA MEXICAN QUALITY PRODUCE LLC | 100 8TH STREET | | PASSAIC NJ 07055 | $913.50 |
| PENN JERSEY PAPER CO. | P.O BOX 820974 | | Philadelphia, PA 19182 | $7,622.82 |
| PREFERRED BEVERAGE DIST. | 1539 Covert Street | | Ridgewood, NY 11385 | $333.96 |
| Premier Snack Distributors NY | 229 Bay 11th street | | Brooklyn, NY 11228 | $0.00 |
| RAINFOREST DISTRIBUTION CORP | 20 PULASKI STREET SUITE #A | | BAYONNE NJ 07002 | $1,230.23 |
| S.K.I.Beer | 169 Gardner Avenue | | Brooklyn N.Y. 11237 | $286.14 |
| SAFEGUARD CHEMICAL CORPORATION | 411 WALES AVE | | BRONX N.Y 10454 | $439.28 |
| SUPER BREAD II CORP | 515 NORTH MICHIGAN AVENUE | | KENILWORTH NJ 07033 | $276.42 |
| TIME WARNER CABLE | 41-61 KISSENA BLVD | | FLUSHING NY 11355-3189 | $278.21 |
| TM FOOD DISTRIBUTIORS,NC | 11-B Empire BLVD. | | South Hackensack, NJ 07606 | $908.26 |
| TRIANGLE FOOD SERVICE | 76 LAKE VIEW AVE., | | CLIFTON, NJ 07011 | $457.91 |
| TYH TRADING INC | 4820 2nd AVE | | Brooklyn, NY 11232 | $575.00 |
| UNION BEER DISTRIBUTORS | 1213-17 GRAND STREET | | BROOKLYN NY 11211 | $1,175.37 |
| US GOURMET FOOD | 306 Capitol Street | | Saddle Brook, NJ 07663 | $664.00 |
| VEG - FRESH, NY INC. | 810 EDGE WATER ROAD | | BRONX, NY 10474 | $151.20 |
| VILLA BROTHERS CORP. | 42-42 ITHACA ST. 1B | | ELMHURST NY 11373 | $382.94 |

## HARLEM MARKET INC.
### SCHEDULE "F"
### UNSECURED CREDITORS

| Vendor | Address 1 | Address 2 | Address 3 | Amount of Claim |
|---|---|---|---|---|
| VILLAGE FARMS,LLC | 778 ALBEMARLE ST | | WYCKOFF NJ 07481 | $0.00 |
| VITARROZ | 800 SHEFFIELD AVE. | | BROOKLYN NY 11207 | $4,562.50 |
| W M Brown Group Inc. | 999 South Oyster Bay Road | Suite 106 | Syosset, NY 11791 | $473.48 |
| Peter Bivona | 2005 Third Avenue | | New York, NY 10001 | $500,000.00 |
| Total | | | | $921,504.74 |

Fill in this information to identify the case:

Debtor name      **Harlem Market Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official
Form 206A/B).

   **2. List all contracts and unexpired leases**                    State the name and mailing address for all other parties with
                                                                     whom the debtor has an executory contract or unexpired
                                                                     lease

2.1.    State what the contract or        **Commercial lease for**
        lease is for and the nature of    **supermarket**
        the debtor's interest

        State the term remaining                                     **AK Properties Group LLC**
                                                                     **309 E 94th St**
        List the contract number of                                 **New York, NY 10128-5683**
        any government contract    _____

---

Fill in this information to identify the case:

Debtor name    **Harlem Market Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**

Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Peter Bivona | 2005 3rd Ave<br>New York, NY 10029-3208 | Associated Supermarket Group LLC | ■ D **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Peter Bivona | 2005 3rd Ave<br>New York, NY 10029-3208 | Resnick Supermarket Equipment | ■ D **2.3**<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

---

**Fill in this information to identify the case:**

Debtor name    **Harlem Market Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:    Summary of Assets**

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................    $    1,000,000.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................    $    369,500.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................    $    1,369,500.00

**Part 2:    Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*....................................    $    2,507,774.34

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................    $    0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$    921,504.74

4.  **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b    $    3,429,279.08

---

**United States Bankruptcy Court**
**Southern District of New York, Manhattan Division**

IN RE: _____    Case No. _____

Harlem Market Inc. _____    Chapter **11** _____

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **March 19, 2018** _____    Signature: _____

**Peter Bivona, President**    Debtor

Date: _____    Signature: _____

Joint Debtor, if any

© 2018 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

ABRAHAM NATURAL FOODS CORP
30-20 Review Avenue
Long Island City, NY 11101

ADVERTISEMENT CARRIERS ENTERPRISES
1157 EAST 156 STREET
BRONX,NY10474

AK PROPERTIES GROUP LLC
309 E 94th ST
NEW YORK NY 10029

Amtrust/Rockale Ins. Company
800 Superior Ave East, 21st Fl
Cleveland, OH 44114

ARS PREMIER FOODS
PO BOX 1554
BURLINTON NJ 08016

BCS ROYAL FOOD INTERNATIONAL CORP.
47-15 33Rrd STREET
LONG ISLAND CITY NY 11101

BEDESSEE IMPORTS
601 WORTMAN
BROOKLYN N.Y 11420

BRIDGE
3303 HARBOR BLUD
SUITE G-10
COSTA MESA, CA 92626

C.Q ELECTRICAL CONTRACTING CORP.
1413 BASSETT AVE
BRONX  NEW YORK 10461

Canada Dry
112-02 Avenue C
College Point, NY 11356

CENTRAL TIME CLOCK INC.
5-23 50th AVENUE
LONG ISLAND CITY, NY 11101

CENTURY CWS WASTE SERVICES
623 DAWD AVENUE
ELIZABETH NJ 07201

CON EDISON
JAF STATION
P.O BOX 1702
NEW YORK N.Y 10116-1702

DEL CARIBE MEAT INC.
1212-BROOK AVE
BRONX, NEW YORK 10456

EAGLE SPICE & EXTRACT CO., INC.
910-912 SHEPHERD AVENUE
BROOKLYN N.Y 11208

East Coast Egg Farmers LLC
2500 83rd street
North Bergen, NJ 07047

EASTERN LIFT TRUCK
P.O BOX 307
MAPLE SHADE, NJ 08052-0307

EASTSIDE BEVERAGE
3 SYLVAN CORT STATEN ISLAND
NEW YORK 10307

ELIO'S BREAD LLC
188 JEFFERSON STREET
SUITE 152
NEWARK NJ 07105

FARMERS CHOICE DAIRY
320 W FORDHAM ROAD
BRONX NY 10468

FISHER FOODS OF QUEENS
57-48 49TH ST.
MASPETH, NY 11378

FOUR SEASONS
34 FAIRWAY DRIVE
MANHASSET NY 11030

FRITO LAY, INC.
75 REMITTANCE DRIVE SUITE 1217
CHICAGO IL 60675-1217

GLOBAL TRADE BRIDGE CORP.
30 Wall St. 8th Floor
New York, NY 10005

GOMEZ DISTRIBUTOR
423-421 WEST 203 STREET
NY NY 10034

GOODO BEVERAGE COMPANY.
1801 BOONE AVENUE
BRONX NY10460

GOYA FOODS, INC.
P.O.Box 7247-7248
Philadelphia Pa 19170-7248

GRACEKENNEDY FOODS
230 MOONACHIE AVE
MOONACHIE, NJ 07074

HARNEY & SONS
5723 ROUTE 22
MILLERTON N.Y 12546

IOS NATURALS, LLC / HAKAN VURAL
4 HICKORY ROAD
WEST ORANGE NJ 07052

ISLAND NATURAL, INC.
42-07 20th Avenue
Astoria, NY, 11105

J & C ENTERPRISING
5311 BOULEVARD EAST
WEST NY, NJ 07093

JACK'S EGGS
2065 59th Street
Brooklyn, NY 11204

JANOVER LLC
100 QUENTIN ROOSEVELT BLVD.
GARDEN CITY NY 11530

KEY MATERIAL HANLING EQUIMENT
4606 3RD AVENUE
BROOKLYN NEW YORK 11220

LATIN AMERICAN  DIST.INC
307 INDUSTRIAL WAY WEST,
EATONTOWN, NJ 07724

LEBLON FOOD INC
503 SOUNT MAIN ST.
CANASTOTA NEW JERSY 13022

Liberty Coca-Cola Beverages LLC
P.O. Box 4108
Boston, MA 02211

LIBERTY PEST CONTROL
8220 17TH AVE
BROOKLYN, NEW YORK 11214

MAMITAS HOMEMADE STYLEFLAVORED ICE
10411 100th STREET
NEW YORK N.Y 11417

MANHATTAN BEER DIST.
GENERAL POST OFFICE
P.O.BOX 28567
NEW YORK NY 10087-8567

MARINA ICE CREAM CORP.
133-14 JAMAICA AVE
RICHMOND HILL NY 11418

MEADOW SALES, INC.
490 BRAEN AVE.
WYCKOFF, NJ07481-2949

MONDELEZ GLOBAL LLC
P.O BOX 13428
NEWARK NJ 07188-0428

MS JUMBO (DBASPEEDJUMBO)
261 US 46W
ELMWOOD PARK, NJ 07047

NATURAL FOODS
64-31 108 TH STREET
SUITE 1070
FOREST HILLS NY 11375

OAK BEVERAGES INC.
1 Flower Lane
Blauvelt New York 10913-1152

OAXACA MEXICAN QUALITY PRODUCE LLC
100 8TH STREET
PASSAIC NJ 07055

PENN JERSEY PAPER CO.
P.O BOX 820974
PHILADELPHIA ,PA 19182-0974

PREFERRED BEVERAGE DIST.
1539 Covert Street
Ridgewood, NY 11385

Premier Snack Distributors NY
229 Bay 11th street
Brooklyn, NY 11228

RAINFOREST DISTRIBUTION CORP
20 PULASKI STREET SUITE #A
BAYONNE NJ 07002

S.K.I.Beer
169 Gardner Avenue
Brooklyn N.Y. 11237

SAFEGUARD CHEMICAL CORPORATION
411 WALES AVE
BRONX N.Y 10454

SUPER BREAD II CORP
515 NORTH MICHIGAN AVENUE
KENILWORTH NJ 07033

TIME WARNER CABLE
41-61 KISSENA BLVD
FLUSHING NY 11355-3189

TM FOOD DISTRIBUTIORS,NC
11-B Empire BLVD.
South Hackensack, NJ 07606

TRIANGLE FOOD SERVICE
76 LAKE VIEW AVE.,
CLIFTON, NJ 07011

TYH TRADING INC
4820 2nd AVE
BROOKLYN , NEW YORK 11232

UNION BEER DISTRIBUTORS
1213-17 GRAND STREET
BROOKLYN NY 11211

US GOURMET FOOD
306 Capitol Street
Saddle Brook, NJ 07663

VEG - FRESH, NY INC.
810 EDGE WATER ROAD
BRONX, NY 10474

VILLA BROTHERS CORP.
42-42 ITHACA ST. 1B
ELMHURST NY 11373

VILLAGE FARMS,LLC
778 ALBEMARLE ST
WYCKOFF NJ 07481

VITARROZ
800 SHEFFIELD AVE.
BROOKLYN NY 11207

W M Brown Group Inc.
999 South Oyster Bay Road
Suite 106
Syosset, NY 11791

2005 Farmers Market, Inc.
c/o Bernard D'Orazio & Associates
100 Lafayette St Ste 601
New York, NY 10013-4400

Associated Supermarket Group LLC
99 Seaview Blvd
Port Washington, NY 11050-4606

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

NY City Department of Finance
Bankruptcy Unit
345 Adams St Fl 3
Brooklyn, NY 11201-3719

NYS Dep't of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY 12205-0300

NYS Department of Labor
New York State Department of Labor,
PO Box 15130
Albany, NY 12212-5130

Peter Bivona
2005 3rd Ave
New York, NY 10029-3208

Resnick Supermarket Equipment
PO Box 368
Mountain Dale, NY 12763-0368

AK PROPERTIES GROUP LLC
c/o Mitzrahi Law Offices LLC
100 Church Street, Ste 800
New York, NY 10007