UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| HARLEM MARKET INC. | : | Case No. 18-10754 (MEW) |
|  | : |  |
| Debtor. | : |  |

_____:

ORDER FURTHER EXTENDING TIME TO ASSUME OR REJECT COMMERCIAL LEASE

Harlem Market, Inc. (the "Debtor") and AK Properties Group LLC (the "Landlord") are parties to a commercial lease, dated April 13, 2005 (the "Lease"), pursuant to which the Debtor operates a supermarket at 2005 Third Avenue, New York New York.   The Debtor and the Landlord entered into a stipulation that was "so ordered" by the Court on July 16, 2018, which extended the Debtor's time to elect to assume or reject the Lease to July 26, 2018.   The Debtor had previously filed, on July 5, 2018, a motion seeking to extend the period under section 365(d)(4) for it to assume the Lease to October 15, 2018, which motion was scheduled for hearing on July 25, 2018.   The Landlord filed opposition to the relief requested.   At the July 25 hearing, the matter was adjourned to August 15, 2018 at 10:00 a.m.   Based upon the foregoing, it is hereby

ORDERED, that the period in which to assume or reject the Lease is hereby extended to August 16, 2018 for the Motion to be heard by the Court without any gap in the Debtor's election period.

Dated: New York, New York
July 26, 2018

s/Michael E. Wiles
UNITED STATES BANKRUPTCY JUDGE